**KAREN STOLZBERG**, OSB #83092  
kstolzberg@juno.com  
11830 SW Kerr Parkway, #315  
Lake Oswego, Oregon 97035  
Telephone: (503) 251-0707  
Fax: (503 251-0708  
Attorney for Plaintiff

FILED'06 AUG 30 16:08USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD J. FETYKO**<br>　　　Plaintiff,<br>vs.<br><br>**JOANNE B. BARNHART**,<br>Commissioner, Social Security<br>Administration,<br><br>　　　Defendant. | Civil No.: 05-162-JE<br><br>STIPULATED MOTION FOR<br>AWARD OF ATTORNEY FEES<br>PURSUANT TO EQUAL ACCESS<br>TO JUSTICE ACT (EAJA)<br>AND ORDER |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the Plaintiff, Richard Fetyko on behalf of his attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $4650.00, and costs in the amount of $150.00.

DATED this 30 day of August, 2006.

　　　　　　　　　　　　　　　　　　Michael W. Mosman  
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER RE PAYMENT OF ATTORNEY FEES  
UNDER EAJA  
PAGE 1

Presented by:

\_\_\_\_\_/s/_____
KAREN STOLZBERG
Attorney for Plaintiff
Richard Fetyko